ALFRED B. DIXON vs. HELENA M. GALLON.

Third Judicial District, Bridgeport, April Term, 1926.
WHEELER, C. J., CURTIS, MALTBIE, HAINES and HINMAN, Js.
Argued April 14th—decided May 7th, 1926.

ACTION by a building contractor to recover the value of extra labor and materials, alleged to have been furnished by him, at the request of the defendant, during the construction of a house for the defendant, brought to the Superior Court in New Haven County and tried to the jury before *Nickerson, J.;* verdict and judgment for the plaintiff for $1,195, and appeal by the defendant. *Appeal dismissed.*

*Robert J. Woodruff,* for the appellant (defendant).

*James C. Shannon,* for the appellee (plaintiff).

Salvietti *v.* Gormley.

PER CURIAM. The errors assigned in the appeal are from rulings on evidence and from the charge as made. Since neither appellant, nor appellee, filed a statement of what each offered evidence to prove and claimed to have proved, the trial court should have either required the parties to comply with the rules, or have refused to make a finding. It is impossible for us to pass upon either the rulings on evidence or the parts of the charge complained of without having before us a statement of the facts which each party claimed to have proved and offered evidence to prove.

The appeal is dismissed.